**\*E-FILED 07-28-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAHZAD AHMED, | No. C11-02426 HRL |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL** |
| v. | |
| JUNIPER NETWORKS, | **[Re Docket No. 3]** |
| Defendant. | |

Plaintiff sues for alleged employment discrimination under Title VII, 42 U.S.C. § 2000e. He requests appointment of counsel. Having considered his application and complaint, the request is denied.

Counsel may be appointed in Title VII cases "in such circumstances as the court may deem just." 42 U.S.C. § 2000e-5(f)(1). Courts consider three factors in determining whether to appoint counsel under Title VII: (1) the plaintiff's financial resources; (2) the efforts made by the plaintiff to secure counsel; and (3) whether the claims have merit. See Bradshaw v. Zoological Society of San Diego, 662 F.2d 1301, 1318 (9th Cir. 1981).

The court previously denied plaintiff's application to proceed *in forma pauperis* because he failed to show that he lacks adequate financial resources. Additionally, plaintiff makes no showing as to what efforts, if any, he has made to secure counsel. Although he is not required to "exhaust the legal directory," Bradshaw, 662 F.2d at 1319 (citation omitted), plaintiff should

1  use reasonable efforts to retain counsel, including, at the very least, contacting a California
2  State Bar-approved lawyer referral service.  Because plaintiff fails to satisfy the first two
3  Bradshaw factors, the court expresses no opinion as to whether his claims have merit.
4       Accordingly, the court denies the request without prejudice to renew it at a later time, if
5  plaintiff can make a proper showing.  The court suggests that plaintiff may wish to contact the
6  following organizations for possible assistance:

> Lawyer Referral Services Program
> The State Bar of California
> 180 Howard Street
> San Francisco, California 94105
> Email:   LRS@calbar.ca.gov
> Phone:   1-866-442-2529
> Website:  http://www.calbar.ca.gov
>
> Santa Clara County Bar Association Lawyer Referral Service
> 31 North Second Street, Fourth Floor
> San Jose, California 95113
> Phone: 408-971-6822
> Website:  http://www.sccba.com

15  Meanwhile, if he has not already done so, plaintiff is encouraged to obtain a copy of the
16  Pro Se Handbook and other resources that may be available for self-represented parties at
17  http://www.cand.uscourts.gov/proselitigants.  Plaintiff may also wish to contact the Federal
18  Legal Assistance Self-Help Center (FLASH), located on the 4th Floor of the Federal
19  Courthouse in San Jose.  Appointments with FLASH may be made by signing up at the Center
20  or by calling 408-297-1480.

21       SO ORDERED.

22  Dated:   July 28, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court** — For the Northern District of California

2

A copy of this document mailed to:

Shahzad Ahmed
5744 Jean Drive
Union City, CA 94587