*E-FILED: February 14, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAHZAD AHMED,<br><br>    Plaintiff,<br><br>  v.<br><br>JUNIPER NETWORKS, INC.,<br><br>    Defendant.<br>_____/ | No. C11-02426 HRL<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**<br><br>[Re: Docket No. 35] |

    Pursuant to Fed. R. Civ. P. 26(c), pro se plaintiff Shahzad Ahmed moves for a protective order preventing his deposition from proceeding at defense counsel's offices. Ahmed requests that his deposition proceed by written questions, or alternatively, that the court order his deposition to take place at the courthouse.

    Plaintiff's motion is denied. Depositions typically proceed by oral examination at attorney's offices. The court finds that no undue burden or expense, oppression, annoyance, or embarrassment will be imposed by having plaintiff's deposition proceed at defense counsel's offices.

    Plaintiff is advised that, in the future, he must comply with this court's Standing Order re

Civil Discovery Disputes for any discovery-related disagreements.

SO ORDERED.

Dated: February 14, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 5:11-cv-02426-HRL Notice has been electronically mailed to:

2 Maureen K. Bogue     mkb@millerlawgroup.com, ny@millerlawgroup.com

3 Michele Ballard Miller     mbm@millerlawgroup.com, clb@millerlawgroup.com, tew@millerlawgroup.com

Noah A. Levin     nal@millerlawgroup.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:11-cv-02426-HRL Notice sent by U.S. Mail to:

Shahzad Ahmed
5744 Jean Drive
Union City, CA 94587

      Pro Se Plaintiff

**United States District Court**
For the Northern District of California