*E-FILED: May 30, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAHZAD AHMED, | No. C11-02426 HRL |
| Plaintiff, | **ORDER VACATING JUNE 5, 2012 STATUS CONFERENCE** |
| v. | |
| JUNIPER NETWORKS, | |
| Defendant. | |

The court has reviewed the parties' joint status report filed on May 29, 2012 (Dkt. No. 54). Because there appears to be no need to modify any currently scheduled deadlines,[1] and since the parties identify no case management issues to be discussed at this time, the June 5, 2012 status conference is vacated.

SO ORDERED.

Dated: May 30, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Although the parties say that the fact discovery cutoff is September 7, 2012, the court's records reflect that the deadline is actually August 31, 2012. (See Dkt. No. 39).

1  5:11-cv-02426-HRL Notice has been electronically mailed to:

2  Maureen K. Bogue     mkb@millerlawgroup.com, ny@millerlawgroup.com

3  Michele Ballard Miller     mbm@millerlawgroup.com, clb@millerlawgroup.com, tew@millerlawgroup.com

4  Noah A. Levin     nal@millerlawgroup.com, pal@millerlawgroup.com

5  Shahzad Ahmed     Shaz7600@yahoo.com