*E-FILED: June 5, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAHZAD AHMED,<br><br>        Plaintiff,<br>v.<br><br>JUNIPER NETWORKS,<br><br>        Defendant.<br>_____ / | No. C11-02426 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

This court is informed that this case has settled. Accordingly, all previously scheduled deadlines and appearances are vacated.

**On or before August 7, 2012**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **August 21, 2012, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than August 14, 2012**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a stipulated dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties

need not file a joint statement in response to this Order.

SO ORDERED.

Dated: June 5, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:11-cv-02426-HRL Notice has been electronically mailed to:

2  Maureen K. Bogue    mkb@millerlawgroup.com, ml@millerlawgroup.com, ny@millerlawgroup.com

3  Michele Ballard Miller    mbm@millerlawgroup.com, clb@millerlawgroup.com, tew@millerlawgroup.com

5  Noah A. Levin    nal@millerlawgroup.com, pal@millerlawgroup.com

6  Shahzad Ahmed    Shaz7600@yahoo.com